

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2014

No. 04-14-00315-CR

Paulino **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1058
Honorable George H. Godwin, Judge Presiding

# O R D E R

Appellant's second motion for extension of time is GRANTED. Appellant's brief is due on **November 17, 2014. No further extensions will be granted.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2014.

_____
Keith E. Hottle
Clerk of Court